**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00187-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JEFFREY DAVID SMITH,

    Defendant.

**ORDER**

**Blackburn, J.**

    The matter before me is defendant's **Letter** [#54][1] filed February 1, 2012. Defendant complains about how the Bureau of Prisons is calculating his sentence. I construe the document as a motion requesting relief in the nature of habeas corpus, implicating particularly 28 U.S.C. § 2241.  **See United States v. Eccleston**, 521 F.3d 1249, 1253 (10th Cir.), **cert. denied**, 129 S.Ct. 430 (2008).

    A motion requesting relief under section 2241 must be filed on an appropriate form and satisfy the requirements detailed in the "Information and Instructions for Filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" in effect in this district.[2]  **See D.C.COLO.LCivR.** 8.1A ("A pro se party shall use the forms

---

[1] "[#54]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] Templates of the proper form for filing a section 2241 action and the instructions for filing are available at the court's website at: http://www.cod.uscourts.gov/Forms.aspx.

established by this court to file an action."); ***Georgacarakos v. Watts***, 368 Fed. Appx. 917, 918-19 (10th Cir. 2010). If defendant wishes to seek such relief from the court, he must comply with these requirements. Accordingly, his request for relief will be denied without prejudice

**THEREFORE, IT IS ORDERED** that the relief requested in defendant's **Letter** [#54] filed February 1, 2012, is **DENIED WITHOUT PREJUDICE**.

Dated February 2, 2012, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge